## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal case No. 10-cr-00595-CMA-1

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**RONALD HOODENPYLE,**

        Defendant.

## NOTICE REGARDING MOTIONS

COMES NOW the undersigned, a member of the Bar of this Court, and herewith informs the Court and opposing counsel that it is not her intention to file evidentiary motions based on the discovery received. Counsel is aware that release of the grand jury transcripts is pending and requests the Court allow motions to be filed once those transcripts are received, if there are evidentiary issues presented therein. Counsel is also aware that Mr. Hoodenpyle has submitted filings as well, although counsel has not seen them and cannot comment on their content.

Respectfully submitted,

s/ Leslee A. Barnicle
_____
Leslee A. Barnicle
ATTORNEY AT LAW
Leslee A. Barnicle, PC
1175 Osage Street, Suite 200
Denver, CO 80204
Phone 303.350.1550
Fax 303.350.1555   lesleebarnicle@aol.com

CERTIFICATE OF SERVICE

        I hereby certify that on this 23rd day of March 2011, I served a true and correct copy of the foregoing notice by ECF to:

Matthew Kirsch, Esq.
Assistant United States Attorney
1225 17th St
Suite 700
Denver, CO 80202

                                          s/ Leslee A. Barnicle
                                          _____