IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 10-cr-00595-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ROY HOODENPYLE,

    Defendant.

---

**ORDER GRANTING DISCLOSURE OF GRAND JURY MATERIALS**

---

Upon consideration of the Government's Motion to Disclose Copies of Grand Jury Materials to Attorney for the Defendant Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I) (Doc. # 34), it is hereby

ORDERED that a copy of the transcript of testimony given before the grand jury and related exhibits be disclosed to the attorney for Defendant Hoodenpyle for preparation for trial.

IT IS FURTHER ORDERED that:

1. Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2. Defense counsel keep a written record concerning how many copies are made, to whom those copies are delivered, and the date of delivery, and that

defense counsel deliver a copy of this Order allowing disclosure along with said copies of the materials;

3.      Defense counsel provide Defendant Hoodenpyle with reasonable access to the grand jury materials, but that defense counsel not allow Defendant to retain copies of any grand jury materials;

4.      No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

5.      At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel shall collect all such copies and return them to the government within ten days.

DATED this   24th   day of March, 2011, at Denver, Colorado.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge