IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00595-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD ROY HOODENPYLE,

    Defendant.

_____

## MOTION FOR SENTENCING VARIANCE
_____

    The government, consistent with its obligations under its plea agreement with Defendant Hoodenpyle, asks the Court to impose a variant sentence of three months of imprisonment in the custody of the Bureau of Prisons, to run consecutive to the sentence of imprisonment Defendant Hoodenpyle received in case number 09-cr-00013-MSK.  This sentence constitutes a relatively slight variance from the bottom of the applicable guideline range, 8-14 months, which is within Zone B of the guidelines and could therefore be split between 4 months of imprisonment and 4 months of home detention.  U.S.S.G. §5C1.1(c)(2) & (e)(3).  Because an examination of Defendant Hoodenpyle's history reveals that all of his criminal history points arose from the underlying offense in case number 09-cr-00013-MSK, the government believes that the requested sentence is sufficient but not greater than necessary to comply with the purposes of sentencing set forth in Title 18, United States Code, Section 3553(a).

Respectfully submitted this 23d day of May, 2011.

>JOHN F. WALSH
>United States Attorney
>
>s/ Matthew T. Kirsch
>MATTHEW T. KIRSCH
>Assistant U.S. Attorney
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone 303-454-0100
>Facsimile 303-454-0402
>Email: matthew.kirsch@usdoj.gov

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 23d day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also mailed a copy of the filing to the following address:

Ronald Roy Hoodenpyle
#36087-013
Federal Detention Center
9595 W. Quincy
Englewood, CO 80123

>s/ Matthew T. Kirsch
>MATTHEW T. KIRSCH
>Assistant U.S. Attorney
>1225 17th Street, Suite 700
>Denver, CO 80202
>Telephone 303-454-0100
>Facsimile 303-454-0402
>Email: matthew.kirsch@usdoj.gov