**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00595-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ROY HOODENPYLE,

    Defendant.

---

**ORDER TO SHOW CAUSE**

---

On May 31, 2011, this Court appointed Alaurice Tafoya-Modi as CJA standby counsel for Defendant Hoodenpyle (Doc. # 58). Defendant Hoodenpyle's sentencing was held on June10, 2011. Ms. Tafoya-Modi failed to appear at said sentencing. It is, therefore

ORDERED that on June 20, 2011, at 9:30 a.m., in Courtroom 602, Sixth Floor, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Denver, Colorado, a Show Cause Hearing will be held at which time Ms. Tafoya-Modi shall appear and show cause, if any, as to why she failed to appear at Defendant Hoodenpyle's sentencing hearing held on June 10, 2011.

DATED: June __10__, 2011

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge