**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01619-CMA
(Criminal Action No. 10-cr-00595-CMA)

UNITED STATES OF AMERICA,

v.

RONALD ROY HOODENPYLE,

    Movant.

---

### ORDER DENYING 28 U.S.C. § 2255 MOTIONS

---

This matter is before the Court on the *pro se* requests Movant Ronald Roy Hoodenpyle has filed in this case, including "Judicial Request for Writ of Habeas Corpus 2255 as Authorized by the Constitution . . ." (Doc. # 69); and "Notice and Order to Dismiss for Lack of Jurisdiction . . . ," (Doc. # 68). Both requests were filed on June 20, 2011. In each of the filings, Movant challenges the constitutionality of his conviction and the Court's lack of jurisdiction to decide his criminal case. The Court finds that both requests properly are addressed as motions filed pursuant to 28 U.S.C. § 2255.[1] For the reasons stated below, the Court will deny the motions as premature.

---

[1] The Tenth Circuit has expressed concern about automatically treating a filing in a criminal case as a § 2255 motion when it is styled as something other than a § 2255 motion. Once the pleading is construed as a § 2255 motion any subsequent § 2255 motion would be considered successive. *See United States v. Kelly*, 235 F.3d 1238, 1242 (10th Cir. 2000). Recharacterizing Movant's Notice and Order to Dismiss as a § 2255 motion without allowing him an opportunity to address the recharacterization is proper in this case. Movant is not in custody for the criminal proceeding he is challenging, and a future § 2255 motion would not be successive.

A criminal complaint was filed against Movant on November 2, 2010, charging him with one count of failure to appear for service of a sentence. The criminal case currently is pending before this Court.

"A motion to vacate a sentence under § 2255 . . . will not lie unless the movant is in custody under such sentence." *United States v. Condit*, 621 F.2d 1096, 1098 (10th Cir. 1980) (quoting *Blair v. United States*, 349 F.2d 405 (10th Cir. 1965)) (internal quotation marks omitted). Although Movant presently is in custody, he is not in custody for the purpose of the charges stated in this criminal case. Therefore, both § 2255 motions will be denied as premature. The denial will be without prejudice. Accordingly, it is

ORDERED that the Judicial Request (Doc. # 69), and the Notice and Order to Dismiss (Doc. # 68), both filed on June 20, 2011, are DENIED WITHOUT PREJUDICE as premature.

DATED at Denver, Colorado, this __24th__ day of June, 2011.

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge