IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01619-CMA
(Criminal Action No. 10-cr-00595-CMA)

UNITED STATES OF AMERICA,

v.

RONALD ROY HOODENPYLE,

    Movant.

## FINAL JUDGMENT

Pursuant to and in accordance the Order Denying 28 U.S.C. § 2255 Motions entered by the Honorable Christine M. Arguello [#73}, filed June 24, 2011, the following Final Judgment is hereby entered:

That that the Judicial Request (Doc. # 69), and the Notice and Order to Dismiss (Doc. # 68), both filed on June 20, 2011, are DENIED WITHOUT PREJUDICE as premature.

Dated at Denver, Colorado this ___27th___ day of June, 2011.

                                          FOR THE COURT:

                                          GREGORY C. LANGHAM, CLERK

                                          By: _s/ Edward P. Butler_
                                                Edward P. Butler, Deputy Clerk